UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Angel PEREZ, Defendant–Appellant.

No. 01–7220.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Jose Angel Perez, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges .

PER CURIAM.

Jose Angel Perez appeals from the district court's order denying his petition for writ of audita querela. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Perez,* No. CR–93–26–F (E.D.N.C. Apr. 30, 2001). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*